FILED by _____ KS ____ D.C.

May 11, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
# 21-20298-CR-RUIZ/BECERRA

CASE NO._____

18 U.S.C. § 1349
18 U.S.C. § 1343
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

v.

**ISBEL SANTOS MARIN and**
**LUIS CASUSO HERNANDEZ,**

      **Defendants.**

_____/

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1.     Walmart Incorporated was an Arkansas company with a principal place of business in Bentonville, Arkansas (hereinafter "Walmart").

2.     Walmart Store 1680 was located in Kendall, Florida.

3.     Walmart Store 2091 was located in Doral, Florida.

4.     Florida charges sales tax on purchases except where a purchaser or purchase meets an exemption pursuant to Florida Statute Sections 212.01 *et seq.*

5.     Defendant **ISBEL SANTOS MARIN** was a resident of Miami-Dade County, Florida.

6.     Defendant **LUIS CASUSO HERNANDEZ** was a resident of Miami-Dade County, Florida.

## COUNT 1
## Conspiracy to Commit Wire Fraud
## (18 U.S.C. § 1349)

1.      The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2.      From in or around October 2013, through in or around November 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

### ISBEL SANTOS MARIN
### and
### LUIS CASUSO HERNANDEZ,

did knowingly and willfully, that is, with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate and agree with each other, and others known and unknown to the Grand Jury, to knowingly, and with intent to defraud, devise, and intend to devise, a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that such pretenses, representations and promises were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, knowingly transmitted and caused to be transmitted in interstate and foreign commerce, by means of wire communication, certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

### PURPOSE OF THE CONSPIRACY

3.      It was a purpose of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by, among other things: (a) using falsely and fraudulently obtained credit card and debit card accounts to purchase gift cards at Walmart stores across the country; (b) redeeming the gift cards at other Walmart store locations in exchange for retail goods, including expensive electronics; and (c) evading the payment of Florida sales taxes on purchases made at

Walmart stores by falsely and fraudulently representing that the retail goods were purchased by tax exempt organizations.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the purpose and object of the conspiracy included, among others, the following:

4.     Co-conspirators obtained gift cards from Walmart stores across the United States using fraudulently obtained credit card and debit card accounts.

5.     Co-conspirators traveled to various states across the country to purchase the gift cards and then mailed the gift cards to **LUIS HERNANDEZ CASUSO** in Miami-Dade County, Florida.

6.     **ISBEL SANTOS MARIN** and **LUIS HERNANDEZ CASUSO** and their co-conspirators used the fraudulently obtained Walmart gift cards at different Walmart locations throughout South Florida to purchase retail goods, including electronics, from Walmart.

7.     While purchasing the retail goods from Walmart using the fraudulently obtained Walmart gift cards, **ISBEL SANTOS MARIN** and **LUIS HERNANDEZ CASUSO** and their co-conspirators presented false and fraudulent Walmart tax exempt identification to avoid the payment of Florida sales tax on the purchases.

8.     As a result of the purchases made with the fraudulently obtained Walmart gift cards, **ISBEL SANTOS MARIN** and **LUIS HERNANDEZ CASUSO** and their co-conspirators obtained retail goods in the approximate amount of $7,950,000.

9.     As a result of the presentation of the false and fraudulent Walmart tax exempt identification, **ISBEL SANTOS MARIN** and **LUIS HERNANDEZ CASUSO** and their co-conspirators evaded payment of tax revenue due to the State of Florida in the approximate amount

of $980,000.00.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2–4
### Wire Fraud
### (18 U.S.C. § 1343)

1.     Paragraphs 1–5 of the General Allegations section of this Indictment are re-alleged

and incorporated by reference as if fully set forth herein.

2.     From in or around October 2013, and continuing through on or about November 1,

2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ISBEL SANTOS MARIN,**

did knowingly, and with intent to defraud, devise and intend to devise a scheme and artifice to

defraud, and to obtain money and property by means of materially false and fraudulent pretenses,

representations, and promises, knowing that the pretenses, representations, and promises were

false and fraudulent when made, and, for the purpose of executing the scheme and artifice,

knowingly transmitted and caused to be transmitted, by means of wire communication in interstate

and foreign commerce, certain writings, signs, signals, pictures and sounds.

## PURPOSE OF THE SCHEME AND ARTIFICE

3.     It was a purpose of the scheme and artifice for **ISBEL SANTOS MARIN** and his

accomplices to unlawfully enrich themselves by (a) using falsely and fraudulently obtained credit

card and debit card accounts to purchase gift cards at Walmart stores across the country; (b)

redeeming the gift cards at other Walmart store locations in exchange for property, including

electronics; and (c) evading the payment of Florida sales taxes on purchases made at Walmart

stores by falsely and fraudulently representing that the electronics were purchased by tax exempt organizations.

## SCHEME AND ARTIFICE

4.     Paragraphs 4 through 9 of the Manner and Means section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein as a description of the scheme and artifice.

## USE OF THE WIRES

5.     On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### ISBEL SANTOS MARIN,

for the purpose of executing and in furtherance of the aforesaid scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, knowingly transmitted and caused to be transmitted in interstate commerce, by means of wire communication, certain writings, signs, signals, pictures, and sounds, as specified below:

| COUNT | APPROX. DATE | DESCRIPTION OF WIRE |
|-------|--------------|---------------------|
| 2 | June 21, 2016 | Caused a wire for a transaction in the amount of $2,443.00 to be sent from Walmart Store 1680 in the Southern District of Florida to the Western District of Arkansas, via ACH. |
| 3 | June 26, 2016 | Caused a wire for a transaction in the amount of $2,094.00 to be sent from Walmart Store 1680 in the Southern District of Florida to the Western District of Arkansas, via ACH. |
| 4 | June 27, 2016 | Caused a wire for a transaction in the amount of $698.00 to be sent from Walmart Store 1680 in the Southern District of Florida to the Western District of Arkansas, via ACH. |

In violation of Title 18, United States Code, Sections 1343 and 2.

## FORFEITURE ALLEGATIONS
### (18 U.S.C. § 981(a)(1)(C))

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendants, **ISBEL SANTOS MARIN** and **LUIS CASUSO HERNANDEZ** have an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Sections 1343 or 1349, as alleged in this Indictment, the defendant so convicted shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

LINDSEY LAZOPOULOS FRIEDMAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

Isbel Santos Marin and
Luis Casuso Hernandez,

_____ Defendants/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)

[✓] Miami  [ ] Key West  [ ] FTL
[ ] WPB  [ ] FTP

New defendant(s)   [ ] Yes   [ ] No
Number of new defendants   _____
Total number of counts   _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **Yes**
   List language and/or dialect **Spanish**

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | |
   |---|---|---|
   | I | 0 to 5 days | [✓] |
   | II | 6 to 10 days | [ ] |
   | III | 11 to 20 days | [ ] |
   | IV | 21 to 60 days | [ ] |
   | V | 61 days and over | [ ] |

   (Check only one)

   | | |
   |---|---|
   | Petty | [ ] |
   | Minor | [ ] |
   | Misdemeanor | [ ] |
   | Felony | [✓] |

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
Lindsey Lazopoulos Friedman
Assistant United States Attorney
FLA Bar No.        091792

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   **ISBEL SANTOS MARIN**

**Case No**:

Count #: 1

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349

**\*Max. Penalty:**   20 years' imprisonment

Counts #: 2–4

Wire Fraud

Title 18, United States Code, Section 1343

**\*Max. Penalty:** 20 years' imprisonment as to each count

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   **LUIS CASUSO HERNANDEZ**

**Case No**:

Count #: 1

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349

**\*Max. Penalty:**   20 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**